

445 Broadhollow Road | Suite CL18
Melville, New York 11747
Tel: (631) 210-7272
Fax: (631) 306-7441
Email: info@BRLfirm.com

June 29, 2021

**FILED
CLERK**

**Via ECF**
Honorable Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

11:50 am, Jun 30, 2021

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

Re:  *Holt v. ARStrat, LLC*
Docket No.: 2:20-cv-00733-GRB-JMW

Dear Judge Brown:

We are the attorneys for Plaintiff Kathleen Holt in this matter and write in response to the Court's Order to Show Cause issued today. Plaintiff respectfully advises the Court that this matter has been previously settled, and the Court may close its file.

Thank you.

Respectfully submitted,

*/s David M. Barshay*
David M. Barshay

Cc: All parties via ECF

ORDER DISMISSING CASE: In light of the settlement in principle this case is hereby DISMISSED without prejudice to its reinstatement should the settlement not be consummated. Barring any further requests for an extension within 90 days of this order, this dismissal shall deemed with prejudice.
Dated: 6/30/2021
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.